CLYDE & CO LLP
Marianne May, Esq.
340 Mt. Kemble Avenue, Suite 300
Morristown, New Jersey 07960
Tel: 973-210-6700
Fax: 973-210-6701
Marianne.May@clydeco.us
*Attorneys for Century Indemnity Company,*
*As successor in interest to CCI Insurance Company,*
*As successor in interest to Insurance Company of North America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE DIOCESE OF TRENTON,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA; FIRST STATE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | Civil Action No.: 3:25-cv-01092-RK-RLS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND |

**IT IS HEREBY STIPULATED and AGREED** by and between Plaintiff, the Diocese of Trenton ("Plaintiff") and Defendant, Century Indemnity, as successor in interest to CCI Insurance, as successor in interest to Insurance Company of North America ("Century") that the time for Defendant Century to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended from May 21, 2025 until **June 20, 2025**.

Century's initial time to answer, move or otherwise respond to Plaintiff's Complaint was April 21, 2025, as set forth in the Clerk's Text Order filed on March 25, 2025 and was extended until May 21, 2025, as set by Stipulation and Order entered on April 9, 2025 (ECF No. 28). No

other extensions to answer, move or otherwise respond to Plaintiff's Complaint have been requested by Century.

Dated at Morristown, New Jersey, this 19th day of May, 2025.

Respectfully submitted,

CLYDE & CO LLP

By: /s/ Marianne May

Marianne May, Esq.
340 Mt. Kemble Avenue, Suite 300
Morristown, New Jersey 07960
Tel: 973-210-6700
Fax: 973-210-6701
Marianne.May@clydeco.us
*Attorneys for Century Indemnity Company, As successor in interest to CCI Insurance Company, As successor in interest to Insurance Company of North America*

By: /s/ Eugene Killian

Eugene Killian, Jr.
THE KILLMAN FIRM, P.C.
Tindall Executive Office Suites
107 Tindall Road
Middletown, NJ 07748
(732) 912-2100
ekillian@tkfpc.com
*Attorney for Plaintiff*

SO ORDERED:

_____
Hon. ~~Robert Kirsch~~ Rukhsanah L. Singh
United States ~~District Judge~~ Magistrate Judge

Date: May 20, 2025