UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE DIOCESE OF TRENTON,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA; FIRST STATE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>*Defendants.* | Civil Action No. 3:25-cv-01092-RK-RLS<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties, subject to approval of the Court, that the time within which Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), may answer, move, or otherwise respond to the Complaint of The Diocese of Trenton (the "Diocese") is hereby extended from May 21, 2025 to June 20, 2025 to be consistent with the responsive pleading deadline for all other insurers.  Three previous extensions of time to answer, move, or otherwise respond to the Complaint have been requested by St. Paul.

[*remainder of the page intentionally left blank*]

Dated: May 20, 2025

By: */s/Eugene Killian, Jr.*
Eugene Killian, Jr., Esq.
Virginia Nairooz, Esq.
THE KILLIAN FIRM, P.C.
Tindall Executive Office Suites
107 Tindall Road
Middletown, NJ 07748
(732) 912 2100
ekillian@tkfpc.com
vnairooz@tklfpc.com
*Attorneys for Plaintiff*

By: */s/Erika M. Lopes-McLeman*
Erika M. Lopes-McLeman, Esq.
Stephen M. Turner, Esq.
DENTONS US LLP
101 JFK Parkway
Short Hills, New Jersey 07078-2708
(973) 912 7100
erika.lopes-mcleman@dentons.com
stephen.turner@dentons.com
*Attorneys for Defendant*
*St. Paul Fire and Marine Insurance Company*

SO ORDERED: 5/21/2025

Hon. Justin T. Quinn, USMJ