## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE DIOCESE OF TRENTON,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA; FIRST STATE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>*Defendants.* | Civil Action No. 3:25-cv-01092-RK-RLS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties, subject to approval of the Court, that the time within which Defendant First State Insurance Company ("First State"), may answer, move, or otherwise respond to the Complaint of The Diocese of Trenton (the "Diocese") is hereby extended from May 21, 2025 until **June 20, 2025**.

First State's initial time to answer, move, or otherwise respond to Plaintiff's Complaint was on March 18, 2025, and was extended until May 21, 2025, as set by the Stipulation and Order entered on April 9, 2025 [ECF No. 29]. No other extensions to answer, move or otherwise respond to Plaintiff's Complaint have been requested by First State.

[*remainder of the page intentionally left blank*]

Dated: May 19, 2025

| | |
|---|---|
| By: */s/Eugene Killian, Jr.* | By: */s/ Carol Rogers Cobb* |
| Eugene Killian, Jr., Esq. | Carol Rogers Cobb, Esq. |
| Virginia Nairooz, Esq. | Litchfield Cavo LLP |
| THE KILLIAN FIRM, P.C. | 457 Haddonfield Rd., Suite 200 |
| Tindall Executive Office Suites | Cherry Hill, NJ 08002 |
| 107 Tindall Road | Main: (856) 854-3636 |
| Middletown, NJ 07748 | Fax: (856) 751-1230 |
| (732) 912 2100 | cobb@litchfieldcavo.com |
| ekillian@tkfpc.com | *Attorney for Defendant* |
| vnairooz@tklfpc.com | *First State Insurance Company* |
| *Attorneys for Plaintiff* | |

SO ORDERED: 5/21/2025

Hon. Justin T. Quinn, USMJ