Eugene Killian, Jr.
Virginia Nairooz
THE KILLIAN FIRM, P.C.
Tindall Executive Office Suites
107 Tindall Road
Middletown, NJ  07748
732-912-2100
ekillian@tkfpc.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE DIOCESE OF TRENTON,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA, *et al.,*<br><br>*Defendants.* | Civil Action No. 3:25-cv-01092-RK-JTQ<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANT CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA ONLY** |

PLEASE TAKE NOTICE that under Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff, The Diocese of Trenton, gives notice that this action is voluntarily dismissed without prejudice and without costs as to Defendant Century Indemnity Co., as Successor to CCI Insurance Co., as Successor to Insurance Co. of North America only.

Dated: July 31, 2025         **THE KILLIAN FIRM, P.C.**
                              *Attorneys for Plaintiff*

                              By: /s/ Eugene Killian, Jr.

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:** August 4, 2025