**CARLTON FIELDS**

ATTORNEYS AT LAW

180 Park Avenue | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
**Florham Park**
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Kenneth J. Cesta
(973) 828-2618 Direct Dial
kcesta@carltonfields.com

September 17, 2025

**VIA ECF**

Hon. Justin T. Quinn, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   The Diocese of Trenton v. Century Indemnity Co., et al.
      Case No. 3:25-cv-01092-RK-RLS

Dear Judge Quinn:

We represent defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above-referenced matter. Pursuant to Local Civ. Rule 6.1, we write on consent of Plaintiff The Diocese of Trenton ("Plaintiff"), to request entry of the accompanying Stipulation and Order Extending the Time for National Union to answer, move, or otherwise respond to Plaintiff's Amended Complaint for an additional period of 30 days, or through **October 30, 2025**.

Plaintiff filed its Amended Complaint in this action on September 16, 2025 (ECF 57), in accordance with the Court's August 26, 2025 Text Order (*see* 8/26/25 Text Order). The same Text Order also directed all defendants, including National Union, to file their responsive pleadings by September 30, 2025.

National Union seeks a 30-day extension to answer, move, or otherwise respond to the Amended Complaint in part to allow for ongoing settlement negotiations between Plaintiff and National Union, which are continuing to progress. Plaintiff has consented to National Union's requested extension and no prior extension requests have been made as it relates to the Amended Complaint.

If the Stipulation and Order is acceptable to the Court, we respectfully request that you kindly enter the same at your convenience.

September 17, 2025
Page 2

Thank you for Your Honor's consideration of our request.

Respectfully submitted,

*/s/ Kenneth J. Cesta*

Kenneth J. Cesta

cc:     Counsel of Record (via ECF)