**CARLTON FIELDS, P.A.**
Robert W. DiUbaldo, Esq.
Kenneth J. Cesta, Esq.
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932-1054
Tel: (973) 828-2600
Fax: (973) 828-2601
kcesta@carltonfields.com
rdiubaldo@carltonfields.com
*Attorneys for Defendant National*
*Union Fire Insurance Company*
*of Pittsburgh, Pa.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE DIOCESE OF TRENTON,<br><br>          Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA; FIRST STATE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br><br>          Defendants. | Civil Action No. 3:25-cv-01092-RK-RLS<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED and AGREED** by and between Plaintiff The Diocese of Trenton and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") that the time for National Union to answer, move, or otherwise respond to the Amended Complaint in this action is hereby extended from September 30, 2025 through and including **October 30, 2025**.

        Respectfully submitted,

By: */s/ Kenneth J. Cesta*
   Kenneth J. Cesta
   Robert W. DiUbaldo
   **CARLTON FIELDS, P.A.**
   180 Park Avenue, Suite 106
   Florham Park, New Jersey 07932
   kcesta@carltonfields.com
   rdiubaldo@carltonfields.com
   *Attorneys for Defendant National Union*
   *Fire Insurance Company of Pittsburgh, Pa.*

By: */s/ Eugene Killian, Jr.*
   Eugene Killian, Jr.
   **THE KILLIAN FIRM, P.C.**
   Tindall Executive Office Suites
   107 Tindall Road
   Middletown, NJ 07748
   ekillian@tkfpc.com
   vnairooz@tkfpc.com
   *Attorneys for Plaintiff*

Dated: September 17, 2025
    Florham Park, NJ

**SO ORDERED**:

_____
Honorable Justin T. Quinn, U.S.M.J.
United States District Court for the District of New Jersey

Date: _____

## **CERTIFICATION OF SERVICE**

      I hereby certify that on September 17, 2025, the within Stipulation was filed, and a true copy served, pursuant to the Federal Rules of Civil Procedure, the District of New Jersey's Local Rules and/or the District of New Jersey's ECF Policies and Procedures via ECF filing to the Clerk's Office, U.S. District Court, Trenton vicinage.

Date: September 17, 2025                                             */s/ Kenneth J. Cesta*
                                                                                      Kenneth J. Cesta