**CARLTON FIELDS, P.A.**
Robert W. DiUbaldo, Esq.
Kenneth J. Cesta, Esq.
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932-1054
Tel: (973) 828-2600
Fax: (973) 828-2601
kcesta@carltonfields.com
rdiubaldo@carltonfields.com
*Attorneys for Defendant National*
*Union Fire Insurance Company*
*of Pittsburgh, Pa.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE DIOCESE OF TRENTON,<br><br>    Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA; FIRST STATE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br><br>    Defendants. | Civil Action No. 3:25-cv-01092-RK-RLS<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED and AGREED** by and between Plaintiff The Diocese of Trenton and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") that the time for National Union to answer, move, or otherwise respond to the Amended Complaint in this action is hereby extended from September 30, 2025 through and including **October 30, 2025**.

          Respectfully submitted,

By:   */s/ Kenneth J. Cesta*
      Kenneth J. Cesta
      Robert W. DiUbaldo
      **CARLTON FIELDS, P.A.**
      180 Park Avenue, Suite 106
      Florham Park, New Jersey 07932
      kcesta@carltonfields.com
      rdiubaldo@carltonfields.com
      *Attorneys for Defendant National Union*
      *Fire Insurance Company of Pittsburgh, Pa.*

By:   */s/ Eugene Killian, Jr.*
      Eugene Killian, Jr.
      **THE KILLIAN FIRM, P.C.**
      Tindall Executive Office Suites
      107 Tindall Road
      Middletown, NJ 07748
      ekillian@tkfpc.com
      vnairooz@tkfpc.com
      *Attorneys for Plaintiff*

Dated: September 17, 2025
       Florham Park, NJ

**SO ORDERED**:

_____
Honorable Justin T. Quinn, U.S.M.J.
United States District Court for the District of New Jersey

Date: September 18, 2025