**DENTONS**

**Erika M. Lopes-McLeman**
Partner

erika.lopes-mcleman@dentons.com
D  +1 973 912 7159

Dentons US LLP
101 JFK Parkway
Short Hills, NJ  07078-2708
United States

dentons.com

John L. Cleary, II
Resident Managing Partner

September 23, 2025

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** *The Diocese of Trenton v. Century Indemnity Co., et al.*, **Case No. 3:25-cv-01092-RK-JTQ (D.N.J.) – Status Update**

Dear Judge Quinn:

This firm represents Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") in the above-referenced matter. As directed by Your Honor at the parties' August 25, 2025 telephonic conference and by further order entered on September 12, 2025, we are writing to provide a further update to Your Honor on the status of settlement discussions between St. Paul and Plaintiff The Diocese of Trenton ("Diocese")[1].

The Diocese and St. Paul have not yet reached resolution. A further call between the parties is in the process of being scheduled for tomorrow, September 24, 2025. Relatedly, on September 16, 2025, the Diocese filed its amended complaint in this matter. Consistent with extensions that have been granted for other defendants, the Diocese has consented to St. Paul extending its deadline to respond to this pleading from September 30, 2025 to October 30, 2025. A stipulation to this effect will be filed in the coming days.

In the interim, the parties intend to continue to work towards settlement and would respectfully request that the parties be permitted to update Your Honor on or before October 10, 2025 as to whether those discussions have resulted in resolution or whether additional time will be needed.

We thank the Court for its attention to this matter and we are available at Your Honor's convenience.

Respectfully submitted,

*s/ Erika M. Lopes-McLeman*
Erika M. Lopes-McLeman

*Attorneys for Defendant*
*St. Paul Fire and Marine Insurance Company*

cc: All counsel of record (via ECF)

---

[1] St. Paul shared a copy of this letter with the Diocese's counsel late this afternoon for review and consent. However, although we understand that counsel may not have had a chance to review, given today's deadline we are filing this update on behalf of St. Paul only.