**DENTONS US LLP**
Erika M. Lopes-McLeman, Esq.
erika.lopes-mcleman@dentons.com
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199
*Attorneys for Defendant*
*St. Paul Fire and Marine Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE DIOCESE OF TRENTON,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTURY INDEMNITY CO., AS SUCCESSOR TO CCI INSURANCE CO., AS SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA; FIRST STATE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>*Defendants.* | Civil Action No. 3:25-cv-01092-RK-JTQ<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties, subject to approval of the Court, that the time within which Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") may answer, move, or otherwise respond to the Amended Complaint of The Diocese of Trenton (the "Diocese") is hereby extended from September 30, 2025 through and including October 30, 2025.

**[*remainder of the page intentionally left blank*]**

Dated: September 24, 2025

By: */s/Eugene Killian, Jr.*
Eugene Killian, Jr., Esq.
Virginia Nairooz, Esq.
THE KILLIAN FIRM, P.C.
Tindall Executive Office Suites
107 Tindall Road
Middletown, NJ 07748
(732) 912 2100
ekillian@tkfpc.com
vnairooz@tklfpc.com
*Attorneys for Plaintiff*

By: */s/Erika M. Lopes-McLeman*
Erika M. Lopes-McLeman, Esq.
Stephen M. Turner, Esq.
DENTONS US LLP
101 JFK Parkway
Short Hills, New Jersey 07078-2708
(973) 912 7100
erika.lopes-mcleman@dentons.com
stephen.turner@dentons.com
*Attorneys for Defendant*
*St. Paul Fire and Marine Insurance Company*

SO ORDERED:

_____
Honorable Justin T. Quinn, U.S.M.J.

Dated: September 24, 2025