# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: OCTOBER 9, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:  **DOCKET NO**. 25-CV-1092 (RK) (JTQ)

THE DIOCESE OF TRENTON

V

CENTURY INDEMNITY CO. ET AL

**APPEARANCES**:

Eugene Killian, Esq., counsel for Plaintiff

Marshall Rich, Esq., counsel for Defendant First State Insurance Company

Stephen Turner, Esq., counsel for St. Paul Fire and Marine Insurance Company

Kenneth Cesta, Esq., counsel for National Union Fire Insurance Company of Pittsburgh, PA

**NATURE OF PROCEEDINGS**:

Telephone Conference held.

Follow-up teleconference scheduled for October 30, 2025.

Order to follow.

**Time Commenced:**   12:37 p.m.
**Time Adjourned**:   12:59 p.m.
**Total Time**:       22 minutes

s/ *Patricia Markey*
DEPUTY CLERK