

EUGENE KILLIAN, JR*
DIMITRI TERESH*
VIRGINIA NAIROOZ*

* MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
### ATTORNEYS AT LAW

October 28, 2025

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

      Re:    The Diocese of Trenton v. Century Indemnity Co., et al.
               Case No. 3:25-cv-01092-RK-JTQ
               Status Report to Court

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case. I am writing with the consent of all counsel, in accordance with the Court's October 9, 2025 Text Order requiring a status report in advance of this Thursday's telephone status conference.

Since the last status conference on October 9, the parties have worked diligently to craft cost-sharing agreements that will obviate the need to proceed with this insurance coverage lawsuit. As I am sure the Court can appreciate, these negotiations have been complicated, given the complex issues involved, and the number of underlying cases.

With respect to Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), counsel have exchanged numerous drafts and had multiple conferences over the last several months. The parties have made significant progress recently and a proposed draft is currently under review by the principals. I would particularly like to compliment Alex B. Silverman, Esq. of Carlton Fields, the attorneys for National Union, for his professionalism in working through the difficult issues.

With respect to Defendant First State Insurance Company ("First State"), two weeks ago, First State discovered and provided to the Diocese additional information that the parties

*Hon. Robert Kirsch, U.S.D.J.*
*October 28, 2025*
*Page 2*

agree could lead to the resolution of the parties' dispute. The parties are currently engaged in active negotiations to resolve this litigation based on the recently discovered information. First State anticipates shortly providing the Diocese with a proposed settlement draft.

With respect to Defendant St. Paul Fire and Marine Insurance Company, language has been proposed for settlement and is under review.

As Your Honor knows, the Diocese has already settled with Defendant Century Indemnity Co. ("Century"), and Century has been dismissed from the case without prejudice.

The parties request an additional two weeks to either resolve the dispute or allow the defendants to file their responsive pleadings.

We look forward to discussing this matter with the Court on October 30.

> Respectfully Submitted,
> /s/ Eugene Killian, Jr.
> The Killian Firm, P.C.
> ekillian@tkfpc.com

cc:   All Defense Counsel (via ECF)

K