UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON  **DATE**: OCTOBER 30, 2025
**JUDGE**: ROBERT KIRSCH
**COURT REPORTER**: MEGAN MCKAY-SOULE

**TITLE OF CASE**:  **DOCKET NO**. 25-CV-1092 (RK) (JTQ)
THE DIOCESE OF TRENTON
V
CENTURY INDEMNITY CO. ET AL

**APPEARANCES**:

Eugene Killian, Esq., counsel for Plaintiff

Marshall Rich, Esq., counsel for Defendant First State Insurance Company

Stephen Turner, Esq., counsel for St. Paul Fire and Marine Insurance Company

Kenneth Cesta, Esq., counsel for National Union Fire Insurance Company of Pittsburgh, PA

**NATURE OF PROCEEDINGS**:

Telephone Conference held.

Follow-up Telephone Conference scheduled for November 24, 2025.

Order to follow.

**Time Commenced:** 12:04 p.m.
**Time Adjourned**: 12:09 p.m.
**Total Time**: 5 minutes

s/ *Patricia Markey*
DEPUTY CLERK