

EUGENE KILLIAN, JR*
DIMITRI TERESH*
VIRGINIA NAIROOZ*

* MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

November 20, 2025

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

   Re: The Diocese of Trenton v. Century Indemnity Co., et al.
      Case No. 3:25-cv-01092-RK-JTQ
      Status Report to Court

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case. I am writing with the consent of all counsel, in accordance with the Court's instructions, to provide a status report in advance of the telephone status conference scheduled for Monday November 24 at 11 AM.

The parties are still working hard to conclude suitable cost-sharing agreements.

With respect to Defendant National Union Fire Insurance Company of Pittsburgh, PA, counsel continue to make progress on the language of a cost-sharing agreement. The attorneys are currently working to complete exhibits/schedules that need to be attached to the agreement and we anticipate submitting the most updated draft of the agreement along with the updated exhibits/schedules to management of both parties for approval the week after Thanksgiving.

Defendant First State Insurance Company ("First State") has provided our office with concepts for a cost-sharing arrangement, and we are currently reviewing them.

With respect to Defendant St. Paul Fire and Marine Insurance Company, we are in the process of negotiating some of the language in the proposed agreement.

*Hon. Robert Kirsch, U.S.D.J.*
*November 20, 2025*
*Page 2*

After consultation with all counsel, our suggestion is that the Court set a date for filing responsive pleadings in the first week of January 2026. We are optimistic that all agreements will be concluded by then.

We look forward to discussing this matter with the Court on Monday.

                                              Respectfully Submitted,
                                              /s/ Eugene Killian, Jr.
                                              The Killian Firm, P.C.
                                              ekillian@tkfpc.com


cc:   All Defense Counsel (via ECF)