EUGENE KILLIAN, JR*
DIMITRI TERESH*
VIRGINIA NAIROOZ*



\* MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

January 16, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

    Re:    **The Diocese of Trenton v. Century Indemnity Co., et al.**
             **Case No. 3:25-cv-01092-RK-JTQ**
             **Status Report to Court**

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case. I am writing with the consent of all counsel, in accordance with the Court's November 21, 2025 Text Order requiring a status report in advance of next Tuesday's telephone status conference.

I am pleased to report that we have reached an agreement in principle with Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), subject to finalizing the settlement documents. Barring any unforeseen issues, we will shortly be dismissing St. Paul from the case.

With respect to Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), we have completed a draft settlement agreement. The language has been approved by the Diocese and is under review by National Union. I am hopeful we will be in a postion to dismiss National Union in the next 45 days.

Defendant First State Insurance Company ("First State") has requested a review of certain documents and files relating to underlying claims that potentially impact its policy period, to assist in crafting a proposed settlement agreement. The Diocese has collected resposive documents and will provide them shortly to First State under a confidentiality agreement

TINDALL EXECUTIVE SUITES, 107 TINDALL ROAD, MIDDLETOWN NJ 07748 TEL: 732-912-2100
48 WALL STREET, 11TH FLOOR, NEW YORK NY 10005 TEL: 212-537-3866
WEBSITE: http://www.tkfpc.com

*Hon. Robert Kirsch, U.S.D.J.*
*January 16, 2026*
*Page 2*

that the parties are preparing.

We look forward to discussing this matter with the Court on Jaunary 20 if need be, although the Court may wish to push the date forward by 30 days to see whether the Diocese and First State can complete a resolution.

                                            Respectfully Submitted,
                                            /s/ Eugene Killian, Jr.
                                            The Killian Firm, P.C.
                                            ekillian@tkfpc.com


cc:   All Defense Counsel (via ECF)

K