

EUGENE KILLIAN, JR*
DIMITRI TERESH*
VIRGINIA NAIROOZ*

* MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

February 17, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building7& U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

   Re: **The Diocese of Trenton v. Century Indemnity Co., et al.**
     **Case No. 3:25-cv-01092-RK-JTQ**
     **Status Report to Court**

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case. I am writing with the consent of all counsel, in accordance with the Court's instructions, to provide a status report in advance of the telephone status conference scheduled for this Thursday, February 19, at 12 noon.

The status of the parties' settlement negotiations is as follows:

With respect to Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), the Diocese has agreed to the proposed cost-sharing agreement negotiated by counsel and we are awaiting certain additional revisions and approval from National Union's management.

With respect to Defendant First State Insurance Company ("First State"), we have negotiated and executed a confidentiality agreement so that First State's counsel can review documents relating to the underlying claims that may involve First State's policy years. First State's counsel is currently reviewing the first batch of such documents in an effort to work with us on structuring a cost-sharing arrangement.

With respect to Defendant St. Paul Fire and Marine Insurance Company, we have agreed

*Hon. Robert Kirsch, U.S.D.J.*
*February 17, 2026*
*Page 2*

in principle on a cost-sharing agreement, subject to consensus on a schedule to the agreement with respect to allocation of loss. I am working on that proposed schedule and shoule be in a position to submit it to St. Paul within a week.

                                                Respectfully Submitted,
                                                /s/ Eugene Killian, Jr.
                                                The Killian Firm, P.C.
                                                ekillian@tkfpc.com

cc:   All Defense Counsel (via ECF)