

EUGENE KILLIAN, JR*
DIMITRI TERESH*
VIRGINIA NAIROOZ*

* MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

March 16, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building7& U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

    Re:    The Diocese of Trenton v. Century Indemnity Co., et al.
            Case No. 3:25-cv-01092-RK-JTQ
            Status Report to Court

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case. I am writing with the consent of all counsel, in accordance with the Court's instructions, to provide a status report in advance of the telephone status conference scheduled for this Wednesday, March 16, at 12 noon.

The status of the parties' settlement negotiations is as follows:

With respect to Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), National Union has made certain revisions to the proposed cost-sharing agreement that are currently being considered by the Diocese. In the meantime, we are engaging in negotiations regarding the settlement of certain individual claims.

With respect to Defendant First State Insurance Company ("First State"), we have held a meet-and-confer regarding the production of certain Diocese files. I will be sending more information to First State's counsel in the next day, with the aim of achieving a workable cost-sharing agreement.

With respect to Defendant St. Paul Fire and Marine Insurance Company, we have agreed in principle on a cost-sharing agreement, subject to consensus on a schedule to the

*Hon. Robert Kirsch, U.S.D.J.*
*March 16, 2026*
*Page 2*

agreement with respect to allocation of loss. We are working on revisions to that schedule and anticipate having a conference with St. Paul's counsel in the next week.

                                                                  Respectfully Submitted,
                                                                  /s/ Eugene Killian, Jr.
                                                                  The Killian Firm, P.C.
                                                                  ekillian@tkfpc.com


cc:   All Defense Counsel (via ECF)