

EUGENE KILLIAN, JR*

DIMITRI TERESH*

VIRGINIA NAIROOZ*

* MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.

### ATTORNEYS AT LAW

April 20. 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building7& U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

>    **Re:   The Diocese of Trenton v. Century Indemnity Co., et al.**
>    **Case No. 3:25-cv-01092-RK-JTQ**
>    **Status Report to Court**

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case. I am writing with the consent of all counsel, in accordance with the Court's instructions, to provide a status report in advance of the telephone status conference scheduled for this Thursday, April 23, at 10 AM.

The parties are continuing to work diligently to complete settlement. The status of the parties' settlement negotiations is as follows:

With respect to Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), we had a meeting this past Thursday to discuss moving our proposed agreement to closure. National Union is revewing certain figures that we have provided regarding incurred defense costs, and we will shortly supplement the information. We are also discussing  certain revisions to the proposed cost-sharing agreement.

With respect to Defendant First State Insurance Company ("First State"), we have a meeting scheduled for this Wednesday, April 22, regarding the status of our information exchange and additional steps that must be taken to move an agreement to closure.

With respect to Defendant St. Paul Fire and Marine Insurance Company, I met with

TINDALL EXECUTIVE SUITES, 107 TINDALL ROAD, MIDDLETOWN NJ 07748 TEL: 732-912-2100

48 WALL STREET, 11TH FLOOR, NEW YORK NY 10005 TEL: 212-537-3866

WEBSITE: http://www.tkfpc.com

*Hon. Robert Kirsch, U.S.D.J.*
*April 20, 2026*
*Page 2*

counsel this morning regarding minor revisions to the proposed cost-sharing agreement.We anticipate signing an agreement within the next week.

Respectfully Submitted,
/s/ Eugene Killian, Jr.
The Killian Firm, P.C.
ekillian@tkfpc.com

cc:   All Defense Counsel (via ECF)