

EUGENE KILLIAN, JR*

DIMITRI TERESH*

VIRGINIA NAIROOZ*

* MEMBER NJ & NY  BAR

# THE  KILLIAN FIRM, P. C.

### ATTORNEYS AT LAW

June 11, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

> **Re:   The Diocese of Trenton v. Century Indemnity Co., et al.**
> **Case No. 3:25-cv-01092-RK-JTQ**
> **Dismissal of Defendant St. Paul Fire and Marine Insurance Co.**

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case.  I write with the approval of Stephen M. Turner, Esq. of Dentons US LLP, counsel for Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), to submit for the Court's consideration and entry the enclosed proposed Consent Order Dismissing Defendant St. Paul Fire and Marine Insurance Company Without Prejudice.

The Diocese and St. Paul have reached a settlement resolving the Diocese's claims against St. Paul in this action. The parties have negotiated for the dismissal to be entered without prejudice. The proposed Consent Order is presented on consent of the Diocese and St. Paul, the only parties whose claims are affected. The action will continue as to the remaining Defendants, First State Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, whose counsel are copied on this submission via ECF.

The parties are proceeding by Consent Order, rather than by stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or by unilateral notice under Rule 41(a)(1)(A)(i), because National Union Fire Insurance Company of Pittsburgh, PA has filed an Answer. The proper procedural vehicle therefore appears to be dismissal by Court order under Rule 41(a)(2).

For the avoidance of doubt, entry of the Consent Order will not affect the existing stay of

*Hon. Robert Kirsch, U.S.D.J.*
*June 11, 2026*
*Page 2*

proceedings as to the remaining Defendants, and the remaining parties will submit a status report by June 22, 2026 as previously ordered by the Court.

We thank the Court for its attention to this matter and are available at the Court's convenience should Your Honor have any questions.

Respectfully Submitted,
/s/ Eugene Killian, Jr.
The Killian Firm, P.C.
ekillian@tkfpc.com

cc:  All Defense Counsel (via ECF)

K