Eugene Killian, Jr.
Virginia Nairooz
THE KILLIAN FIRM, P.C.
Tindall Executive Office Suites
107 Tindall Road
Middletown, NJ 07748
732-912-2100
ekillian@tkfpc.com
vnairooz@tkfpc.com
*Attorneys for Plaintiff The Diocese of Trenton*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE DIOCESE OF TRENTON, | Civil Action No. 3:25-cv-01092-RK-JTQ |
| *Plaintiff,* | **CONSENT ORDER DISMISSING DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY WITHOUT PREJUDICE** |
| v. | |
| FIRST STATE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| *Defendants.* | |

**THIS MATTER** having been opened to the Court by Plaintiff The Diocese of Trenton (the "Diocese") and Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through their respective undersigned counsel, for entry of a Consent Order dismissing all claims against St. Paul in this action without prejudice; and it appearing that the Diocese and St. Paul have entered into a settlement agreement resolving all claims asserted by the Diocese against St. Paul in this action; and that the Diocese and St. Paul have agreed that the Diocese's claims against St. Paul should be dismissed without prejudice; and that this dismissal pertains only to Defendant St. Paul, and the action shall continue as to the remaining Defendants, First State Insurance

1

Company and National Union Fire Insurance Company of Pittsburgh, PA; and good cause having been shown for the entry of this Order;

**IT IS** on this _____ day of June 2026, **ORDERED** as follows:

1. In accordance with Federal Rule of Civil Procedure 41(a)(2) all claims asserted by the Diocese against St. Paul in this action are hereby dismissed without prejudice.

2. This action shall continue as to the remaining Defendants, First State Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.

3. Each party shall bear its own attorneys' fees and costs with respect to the claims dismissed by this Order.

_____
Hon. Robert Kirsch, U.S.D.J.

**Consented to as to form and entry:**

Dated: June 10, 2026

**THE KILLIAN FIRM, P.C.**
Attorneys for Plaintiff
The Diocese of Trenton


By: /s/ Eugene Killian, Jr.
    Eugene Killian, Jr.
    Virginia Nairooz
    107 Tindall Road
    Middletown, NJ 07748
    (732) 912-2100
    ekillian@tkfpc.com
    vnairooz@tkfpc.com

Dated: June 10, 2026

**DENTONS US LLP**
Attorneys for Defendant
St. Paul Fire and Marine Insurance
Company


By: /s/ Stephen M. Turner, Esq.
    Stephen M. Turner, Esq.
    101 John F. Kennedy Parkway
    Short Hills, NJ 07078
    stephen.turner@dentons.com