

EUGENE KILLIAN, JR*

DIMITRI TERESH*

VIRGINIA NAIROOZ*

* MEMBER NJ & NY  BAR

# THE  KILLIAN FIRM, P. C.

### ATTORNEYS AT LAW

June 22, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

> **Re:    The Diocese of Trenton v. Century Indemnity Co., et al.**
> **Case No. 3:25-cv-01092-RK-JTQ**
> **Status Report to Court**

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the plaintiff in this insurance coverage case. I am writing with the consent of all counsel, in accordance with the Court's instructions, to provide a status report in advance of the telephone status conference scheduled for this Wednesday, June 24, at 10 AM.

The Diocese has now officially settled Defendant St. Paul Fire and Marine Insurance Company, and we have dismissed that Defendant from the case.

With respect to Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), we have negotiated the basic framework of a cost-sharing agreement that would result in dismissing National Union from the case. The parties are discussing the final language, and are guardedly optimistic that resolution will be reached shortly.

With respect to Defendant First State Insurance Company ("First State"), a proposed cost-sharing agreement has been drafted, requested revisions were received from First State, and the revised draft is currently under consideration by the Diocese. The parties are discussing certain potentially difficult issues, and, if the Court adjourns the current telephone conference scheduled for June 24, 2026 for thirty days, we should be in a position to advise the Court as to whether the discussions are likely to result in the

TINDALL EXECUTIVE SUITES, 107 TINDALL ROAD, MIDDLETOWN NJ 07748 TEL: 732-912-2100

48 WALL STREET, 11TH FLOOR, NEW YORK NY 10005 TEL: 212-537-3866

WEBSITE: http://www.tkfpc.com

*Hon. Robert Kirsch, U.S.D.J.*
*June 22, 2026*
*Page **2***

dismissal of First State from the case.

Respectfully Submitted,
/s/ Eugene Killian, Jr.
The Killian Firm, P.C.
ekillian@tkfpc.com

cc:   All Defense Counsel (via ECF)