

EUGENE KILLIAN, JR*

DIMITRI TERESH*

VIRGINIA NAIROOZ*

* MEMBER NJ & NY  BAR

# THE  KILLIAN FIRM, P. C.

### ATTORNEYS AT LAW

July 30, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4E
Trenton, NJ 08608

> **Re:   The Diocese of Trenton v. Century Indemnity Co., et al.**
> **Case No. 3:25-cv-01092-RK-JTQ**
> **Status Report to Court**

Dear Judge Kirsch:

Our law firm represents the Diocese of Trenton, the Plaintiff in this insurance coverage case. I am writing with the consent of counsel for Defendant First State Insurance Company following the informal telephone status conference held on July 28, 2026, to memorialize the parties' proposed path forward and to request the relief discussed during that conference.

As the Court is aware, the Diocese has resolved its claims against the other carriers in this action. (The settlement agreement with Defendant National Union Fire Insurance Co. of Pittsburgh PA is awaiting final approval and signature.)

A dispute that remains an impediment to resolution between the Diocese and First State involves a discrete coverage question concerning the application, if any, of aggregate limits in the Midland Insurance Company policy underlying the First State policy for the 1977-1978 policy year to the claims at issue in this action. The parties have reached an impasse on that question through direct negotiation.

Consistent with the discussion at the conference, the parties respectfully request that the Court enter an Order providing for the following:

1. Refer the discrete dispute between the Diocese and First State to mediation before

*Hon. Robert Kirsch, U.S.D.J.*
*July 30, 2026*
*Page 2*

        retired Magistrate Judge Douglas E. Arpert, who has confirmed his willingness and ability to assist; and

2. Allow a period of ninety (90) days prior to the mediation to permit the parties to request and exchange information relevant to the Midland aggregate issue and to obtain and exchange expert reports addressing that issue.

The parties believe that a focused exchange of information and expert analysis during this period will allow the mediation to proceed on a developed record and may give the parties a meaningful opportunity to resolve the matter without further burden on the Court. The parties further request that the case remain in its current status pending the mediation. We will promptly advise the Court of the outcome of the mediation.

The parties are grateful for the Court's attention to this matter and remain available should the Court have any questions.

        Respectfully submitted,
        /s/ Eugene Killian, Jr.
        THE KILLIAN FIRM, P.C.
        *Attorneys for Plaintiff*
        *The Diocese of Trenton*
        ekillian@tkfpc.com

c:    All Counsel of Record (via ECF)

K