## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THE DIOCESE OF TRENTON

Plaintiff,

v.

CENTURY INDEMNITY CO. et al

Defendants.

Civil Action No. 25-1092 (RK) (JTQ)

**MEDIATION ORDER**

**THIS MATTER** having come before the Court and it appearing that discrete mediation would conserve the resources and be in the best interests of the Court, Plaintiff The Diocese of Trenton, and Defendant First State Insurance Company,

**IT IS** on this 30th day of July, 2026, **ORDERED** that:

1. This civil action, with respect to Plaintiff The Diocese of Trenton and Defendant First State Insurance Company (collectively, the "Mediation Parties"), be and hereby is referred to mediation by consent of the Mediation Parties (ECF No. 90) with the Mediator, Hon. Douglas E. Arpert, U.S.M.J. (ret.);

2. For a period of ninety (90) days prior to any mediation sessions, the Mediation Parties shall request and exchange information relevant "to the Midland aggregate issue and to obtain and exchange expert reports addressing that issue" (ECF No. 90);

3. Within seven (7) days of this filing, Plaintiff's counsel must forward copies of this Order together with the pleadings filed in this action to the Mediator;

4. Counsel and the Mediation Parties, including individuals with settlement authority, shall attend mediation sessions as requested by the Mediator;

5. Pending completion of mediation, the action and all deadlines to under the Federal Rules of Civil Procedure shall be stayed; and

6. Upon completion, counsel are to advise the Court of the outcome via letter.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**